EDWARD O. SCHERNIKOW, Appellant, *v.* GEORGE M. GILLIES, Respondent.

*Schernikow* v. *Gillies,* 129 App. Div. 909, affirmed.
(Argued March 21, 1910; decided April 5, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

December 29, 1908, affirming a judgment in favor of defend-
ant entered upon a verdict and an order denying a motion for
a new trial in an action to recover upon certain promissory
notes.

*James W. Osborne, Harmon S. Graves* and *Charles S.
Yawger* for appellant.

*Charles B. Meyer* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER
and HISCOCK, JJ.   Dissenting : CULLEN, Ch. J., and VANN, J.